FILED'08 AUG 18 11:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMARA LUSARDI,                           07-CV-889-PK

        Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#30) on June 26, 2008, in which he recommended the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

1    -    ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has reviewed the record *de novo*, including Plaintiff's Objections. The Court concludes the Administrative Law Judge provided legally sufficient reasons supported by substantial evidence in the record for his determination, and, therefore, Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

Accordingly, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#30). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 18th day of August, 2008.

_____
ANNA J. BROWN
United States District Judge

2    -    ORDER