FILED'08 AUG 18 11:35 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMARA LUSARDI,                           07-CV-889-PK

          Plaintiff,                 JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

          Defendant.

    Based on the Court's Opinion and Order (#__) issued

August 18, 2008, the Court **AFFIRMS** the Commissioner's final

decision and **DISMISSES** this matter.

    DATED this 18th day of August, 2008.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT